Scott D. TUCKER,[1] Petitioner Below, Appellant,

v.

Karen A. TUCKER, Respondent Below, Appellee.

No. 442, 2015

Supreme Court of Delaware.

Submitted: November 4, 2015

Decided: November 10, 2015

Court Below—Family Court of the State of Delaware, in and for New Castle County File No. CN09–03371 Pet. No. 14–28515

DISMISSED.

---

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).